UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

In re:

      BIRCH GROVE LANDSCAPING &
      NURSERY, INC.,                          Case No.: 15-_____

                          Debtor.

_____


# BALANCE SHEET FOR YEAR ENDED FEBRUARY 28, 2014

# REQUIRED TO BE FILED PURSUANT TO 11 U.S.C. §1116

# BIRCH GROVE LANDSCAPING AND NURSERY, INC.

## BALANCE SHEETS

### YEARS ENDED FEBRUARY 28, 2014 and 2013

|  | 2014 | 2013 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash | $ 28,614 | $ 180,165 |
| Investments – marketable securities | 187,627 | -0- |
| Accounts receivable – trade | 188,096 | 98,809 |
| – retentions | 63,704 | 70,110 |
| – other | 202,982 | -0- |
| Inventory | 72,275 | 40,275 |
| Costs and estimated earnings in excess of billings | 97,497 | 77,123 |
| Deposits | 900 | 900 |
| Advances receivable- related party | 119,275 | 237,291 |
| Prepaid income taxes | -0- | 3,758 |
| Prepaid expenses | 71,273 | 86,647 |
| TOTAL CURRENT ASSETS | 1,032,243 | 795,078 |
| **FIXED ASSETS:** | | |
| Land | 50,000 | 50,000 |
| Machinery and equipment | 1,123,643 | 1,379,874 |
| Office equipment | 54,742 | 54,742 |
| Vehicles | 792,055 | 960,057 |
| Leasehold improvements | 95,448 | 95,448 |
|  | 2,115,888 | 2,540,121 |
| Less: accumulated depreciation | 1,820,309 | 2,249,728 |
|  | 295,579 | 290,393 |
| **OTHER ASSETS:** | | |
| Deferred income taxes | -0- | 6,300 |
|  | -0- | 6,300 |
|  | $ 1,327,822 | $ 1,091,771 |

See independent accountant's review report and notes to financial statements.

2

|                                                                      | 2014 |           | 2013 |           |
| -------------------------------------------------------------------- | ---: | --------- | ---: | --------- |
| **LIABILITIES AND STOCKHOLDERS' EQUITY**                             |      |           |      |           |
| **CURRENT LIABILITIES:**                                             |      |           |      |           |
| Line of credit                                                       | $    | **220,421** | $  | 500,000   |
| Current portion of long-term debt                                    |      | **138,582** |    | 179,549   |
| Accounts payable – trade                                             |      | **646,410** |    | 508,463   |
| Accrued payroll and payroll taxes                                    |      | **-0-**     |    | 10,296    |
| Deferred income taxes                                                |      | **11,000**  |    | -0-       |
| Accrued income taxes                                                 |      | **295**     |    | -0-       |
| Accrued expenses                                                     |      | **31,822**  |    | 19,311    |
| Sales tax payable                                                    |      | **5,469**   |    | 4,787     |
| Billings in excess of costs and estimated earnings                   |      | **22,963**  |    | -0-       |
| TOTAL CURRENT LIABILITIES                                            |      | **1,076,962** |  | 1,222,406 |
| **LONG-TERM DEBT**                                                   |      |           |      |           |
| Long term debt, net of current maturities                           |      | **553,589** |    | 46,048    |
| Note payable- officer                                                |      | **148,852** |    | 260,355   |
|                                                                      |      | **702,441** |    | 306,403   |
| TOTAL LIABILITIES                                                    |      | **1,779,403** |  | 1,528,809 |
| **STOCKHOLDERS' EQUITY (DEFICIT):**                                  |      |           |      |           |
| Common stock, no par value, 200 shares authorized, 100 shares issued and 50 shares outstanding |  | **39,756** |  | 39,756 |
| Preferred stock, no par value, 1 share authorized, issued and outstanding |  | **300,000** |  | 300,000 |
| Retained earnings                                                    |      | **1,251,266** |  | 1,265,809 |
|                                                                      |      | **1,591,022** |  | 1,605,565 |
| Less: treasury stock                                                 |      | **2,042,603** |  | 2,042,603 |
|                                                                      |      | **(451,581)** |  | (437,038) |
|                                                                      | $    | **1,327,822** | $ | 1,091,771 |

Case 1-15-11984-CLB    Doc 2    Filed 09/18/15    Entered 09/18/15 15:05:33    Desc Main
Document      Page 3 of 3